UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SUUFI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDIALAB.AI, INC.,<br><br>    Defendant. | Case No.  22-mc-80205-SVK<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. Nos. 1, 3 |

The Court amends its previous Order Setting Briefing Schedule as follows:

- Plaintiffs must serve this Order and the motion to compel [Dkt. 1] on third party Meta Platforms, Inc.'s counsel, with whom Plaintiffs have been meeting and conferring, immediately by email.
- Third party Meta Platforms, Inc.'s response, if any, to the motion to compel shall be filed by **August 26, 2022**.  The response shall not exceed ten pages.
- Plaintiffs' reply, if any, shall be filed by **August 31, 2022**.  The reply shall not exceed five pages.

**SO ORDERED.**

Dated: August 16, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge