UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED SUUFI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MEDIALAB.AI, INC.,<br><br>    Defendant. | Case No. 22-mc-80205-SVK<br><br>**ORDER RE IN-PERSON HEARING ON MOTION TO COMPEL**<br><br>Re: Dkt. No. 10 |

The Court is in receipt of the joint stipulation to continue the hearing on the pending motion to compel compliance with Plaintiffs' subpoena. Dkt. 10. The Court is unavailable for a discovery hearing September 21-23, 2022. Plaintiffs and Non-Party Meta Platforms, Inc. ("Meta") may appear in-person either Friday, September 16, 2022, at 10:00 a.m. (as noticed) or Tuesday, September 20, 2022, at 10:00 a.m. As indicated, on either date the hearing will be in-person. Plaintiffs and Meta must advise the Courtroom Deputy by email of their choice of date by **4:00 p.m. tomorrow, September 14, 2022**.

    **SO ORDERED.**

Dated: September 13, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge